

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Luis Angel IBARRA-Vargas,<br><br><br><br><br>　　　　　　Defendant. | Magistrate Docket No. **25MJ0344-DDL**<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about January 26, 2025, within the Southern District of California, defendant, Luis Angel IBARRA-Vargas, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 27, 2025.

HON. DAVID D. LESHNER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Luis Angel IBARRA-Vargas

## PROBABLE CAUSE STATEMENT

On January 26, 2025, Border Patrol Agent J. Sahagun was performing his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 1:45 AM, Border Patrol Agent E. Garcia, using a Forward-looking Infrared camera, observed eight individuals in an area known to Border Patrol Agents as "Sandy Crossing." Agent Sahagun responded to the area and encountered two individuals, one of whom was later identified as Luis Angel IBARRA-Vargas. The area where this occurred is approximately one mile east of the Otay Mesa, California Port of Entry and approximately three miles north of the United States/Mexico International Boundary. Agent Sahagun identified himself as a United States Border Patrol Agent and performed an immigration inspection. Both individuals, including IBARRA, stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 2:18 AM, Agent Sahagun placed IBARRA and the second individual under arrest.

Routine record checks of the defendant revealed immigration history. The defendant's record was determined by a comparison of his current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 2, 2024 through Eagle Pass, Texas, International Bridge #2. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.